1044

[Nos. 17996-2-II; 18066-9-II.  Division Two.  February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE
CORNELLE WILLIAMS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MONIQUE
RENE MACK, *Appellant*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 93-1-01131-1 and 93-1-01132-0, Daniel J. Berschauer, J., entered February 15, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18089-8-II.  Division Two.  February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JODY A.
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 93-1-00180-1, Toni A. Sheldon, J., entered February 17, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 18216-5-II.  Division Two.  February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SPENCER
DOUGLAS GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-00208-4, D. Gary Steiner, J., entered May 9, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Fleisher, J. Pro Tem.

[No. 18349-8-II.  Division Two.  February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE
BARBER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-02691-1, Rosanne Buckner, J., entered May 26, 1994. *Affirmed* by unpublished opinion per Fleisher, J. Pro Tem., concurred in by Houghton, A.C.J. and Wiggins, J. Pro Tem.